IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| CAPITAL FINANCE, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:17-cv-02107-RDB |
| ) | |
| OSCAR ROSENBERG, et al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S EXHIBIT LIST FOR TRIAL

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| | | PLAINTIFF'S DESIGNATED EXHIBITS | |
| 1. | JAN 0 9 2019 | JAN 0 9 2019 | Credit Agreement and Amendments [CAPFI-000001 – CAPFI-000163] |
| 2. | | | Revolving Loan Note and Amendments [CAPFI-000164 – CAPFI-000186] |
| 3. | JAN 0 9 2019 | JAN 0 9 2019 | Neuman Guaranty [CAPFI-000187 – CAPFI-000195] |
| 4. | JAN 0 9 2019 | JAN 0 9 2019 | Rosenberg Guaranty [CAPFI-000196 – CAPFI-000204] |
| 5. | JAN 0 9 2019 | JAN 0 9 2019 | Letter re Default and Termination of Credit Facility 12.12.16 [CAPFI-000205 – CAPFI-000207] |
| 6. | JAN 0 9 2019 | JAN 0 9 2019 | Demand Letters to Guarantors 6.8.17 Def. Deposition Exhibit 4 [CAPFI-000208 – CAPFI-000209] |
| 7. | JAN 0 9 2019 | JAN 0 9 2019 | Email from D. Shimanowitz dated 12.5.16 at 1:00 p.m. Re: Concord BBC [CAPFI-000378 - CAPFI-000381] |
| 8. | | | Email from D. Shimanowitz dated 12.5.16 at 2:25 p.m. re Concord BBC and attachments thereto [CAPFI-000382 – CAPFI-000392] |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 9. | JAN 10 2019 | JAN 10 2019 | Email Chain from J. Stein dated 12.5.16 at 3:18 p.m. Re: Concord BBC<br>Deft. Deposition Exhibit 9<br>[CAPFI-000219 – CAPFI-000223] |
| 10. | | | Email Chain between J. Stein and D. Shimanowtiz, et al. Re: Concord BBC dated 12.6.16<br>Deft. Deposition Exhibit 9<br>[CAPFI-000224] |
| 11. | | | Email Chain between J. Stein and J. Perrell Re: Concord BBC dated 12.6.16<br>Deft. Deposition Exhibit 10<br>[CAPFI-000226 – CAPFI-000227] |
| 12. | | | Email Chain from J. Stein to J. Neuman Re: Concord BBC dated 12.9.16<br>[CAPFI 000235 – CAPFI 000236] |
| 13. | JAN 09 2019 | JAN 09 2019 | Email Chain from J. Neuman to J. Stein Re: Midwest TX Realty LLC dated 12.11.16<br>[CAPFI 000237 – CAPFI 000238] |
| 14. | JAN 09 2019 | JAN 09 2019 | Email from J. Neuman to J. Stein dated 1.26.17<br>Deft. Deposition Exhibit 11<br>[CAPFI-000267 – CAPFI-000268] |
| 15. | JAN 09 2019 | JAN 09 2019 | Borrowing Base Certificates dated 11.28.16 through 12.8.16<br>[CAPFI-000320 – CAPFI-00324 and Exhibit G to Complaint] |
| 16. | JAN 09 2019 | JAN 09 2019 | Borrowing Base Certificates dated 7.26.16 to 9.30.16<br>[CAPFI-000325 – CAPFI-00345] |
| 17. | JAN 09 2019 | JAN 09 2019 | Breslin, Young & Slaughter, LLC – Examination Report and attachments<br>[CAPFI-000408 – CAPFI-000420] |
| 18. | JAN 09 2019 | JAN 09 2019 | B. Young analysis of IGT and Medicare Payments and Exhibits thereto<br>[CAPFI-000438 – CAPFI-000477] |
| 19. | JAN 10 2019 | JAN 10 2019 | 941 for 2016: Mesa Hills Specialty Hospital – 3Q<br>[Deft. Deposition Exhibit 12; DEF05500-DEF05502] |
| 20. | | JAN 10 2019 | 941 for 2016: Mesa Hills Specialty Hospital – 4Q<br>[Deft. Deposition Exhibit 13; DEF05459 – DEF05463] |
| 21. | | | Concord Healthcare Group Provider Tax Analysis prepared by Breslin, Young and Slaughter, LLC<br>[Deft. Deposition Exhibit 14] |
| 22. | JAN 09 2019 | JAN 09 2019 | Email from K. Nolting to P. Barr, et al. Re: Plum Creek Healthcare – UPL Funds<br>[Deft. Deposition Exhibit 17] |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 23. | JAN 0 9 2019 | JAN-1 0 2019 | Outstanding Amounts Due Calculation of Capital Finance [Stein Deposition Exhibits 9 – 13] |
| 24. | JAN 0 9 2019 | JAN 0 9 2019 | Blocked Account Agreement [CAPFI-000286 – CAPFI 000302] |
| 25. | JAN 0 9 2019 | JAN 0 9 2019 | Email chain between B. Young and M. Weisz [CAPFI-000306 – CAPFI-000311] |
| **PLAINTIFF'S POTENTIAL EXHIBITS** | | | |
| 26. | | | Declaration of Jeffrey Sax in 1621 Coit Road Realty, LLC, et al. v Midwest TX Realty, LLC, et al. (Case No. 16-03337, N.D.TX) and exhibits thereto [CAPFI-000279 – CAPFI-000319] |
| 27. | | | B. Young notes from Call with M. Weisz [CAPFI-000434 – CAPFI-000437] |
| 28. | | | Borrowing Base Certificates dated January 2016 to June 2016 [CAPFI-000346 – CAPFI-000377] |
| 29. | JAN 0 9 2019 | JAN 0 9 2019 | Letter from Capital Finance to Borrowers dated 1.26.17 [Deft. Deposition Exhibit 3] |
| 30. | | | Plum Creek - Banco Popular Bank Statement 1.25.17 [CAPFI-000262] |
| 31. | | | Plum Creek – JPMorgan Chase Payment Detail Reports [CAPFI-000269 – CAPFI-000278] |
| 32. | | | Childress County Hospital – JPMorgan Chase Bank Statement 12.30.2016 [CAPFI-000263 – CAPFI-000266] |
| 33. | | | Email chain between K. Latimer to B. Young Re: Childress hospital/PlumCreek UPL chase account [CAPFI-000393 – CAPFI-000397] |
| 34. | | | Email chain between B. Zimmermann and B. Young Re: Concord – Plano Provider Taxes and attachments thereto [CAPFI-000398 – CAPFI-00407] |
| 35. | | | Plano Healthcare and Mesa Hills Healthcare JPMorgan Chase Bank Account Statements – December 2016 and January 2017 [CAPFI-000421 – CAPFI-000433] |
| 36. | | | Email from L. Barson to P. Barr, et al. Re: Plum Creek - UPL Funds [Deft. Deposition Exhibit 17] |
| 37. | | | Order from N.D. Tex. Dated 12.12.16 [Deft. Deposition Exhibit 17] |
| 38. | | | Order from N.D. Tex. Dated 10.23.17 [Deft. Deposition Exhibit 17] |

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 39. | | | Capital Finance's Memorandum in Support of its Motion for Order to Show Cause Why Defendants Should Not Be Held in Contempt [Deft. Deposition Exhibit 17] |
| 40. | | | Plaintiff's First Set of Requests for Admission to Rosenberg |
| 41. | | | Plaintiff's First Set of Requests for Admission to Neuman |
| 42. | | | Plaintiff's First Set of Interrogatories to Rosenberg |
| 43. | | | Plaintiff's First Set of Interrogatories to Neuman |
| 44. | | | Plaintiff's First Set of Request for Production of Documents to Neuman |
| 45. | | | Plaintiff's First Set of Request For Production of Documents to Rosenberg |
| 46. | | | Neuman's Objections & Answers to Plaintiffs 1st ROGS-C1 |
| 47. | | | Rosenberg's Objections & Answers to Plaintiff_s 1st ROGS-C1 |
| 48. | | | Rosenberg's Supplemental Objections and Answers to Plaintiff's Interrogatories |
| 49. | JAN 10 2019 | 1 1 '7 | Neuman's Supplemental Objections and Answers to Plaintiff's Interrogatories |
| 50. | | | Rosenberg's Objections and Answers to Plaintiff's Requests for Admission |
| 51. | | | Neuman's Objections and Answers to Plaintiff's Requests for Admission |
| 52. | | | Rosenberg's Objections and Answers to Plaintiff's Requests for Production |
| 53. | | | Neuman's Objections and Answers to Plaintiff's Requests for Production |
| 54. | | | Complaint for Confession of Judgment and exhibits thereto [Deft. Deposition Exhibit 5] |
| 55. | | | Amended Complaint [Stein Deposition Exhibit 2] |
| 56. | | | Deposition Transcript of Josef Neuman dated 10.30.2018 and exhibits thereto |
| 57. | JAN 10 2019 | | Deposition Transcript of Oscar Rosenberg dated 10.30.2018 and exhibits thereto |
| 58. | | | Deposition Transcript of Jeffrey Stein dated 10.29.2018 and exhibits thereto |
| 59. | | | Deposition Transcript of Brian Young dated 11.30.2018 and exhibits thereto |

4

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 60. | JAN 10 2019 | JAN 10 2019 | Miles & Stockbridge Invoices December 2016 through March 2017 [CAPFI-000580 – CAPFI-000592] |
| 61. | | | Katten Muchin Rosenman – Capital Finance Invoices January 2017 through December 2018 [CAPFI-000478 – CAPFI-000579] |
| 62. | | | Husch Blackwell Invoices January 2017 through January 2018 [CAPFI-000593 – CAPFI 000630] |
| 63. | | | Documents Produced by Capital Finance in this action |
| 64. | | | Documents Produced by Defendants in this action |
| 65. | | | Any exhibits offered by Defendants |

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

By:   /s/ William Dorsey
William Dorsey (admitted *pro hac vice*)
Paige B. Tinkham (admitted *pro hac vice*)
525 W. Monroe St.
Chicago IL 60661
(312) 902-5200 / (312) 902-1061 (fax)
william.dorsey@kattenlaw.com
paige.tinkham@kattenlaw.com

Joseph F. Fiorill (Bar No. 13783)
2900 K St. NW, North Tower – Suite 200
Washington DC 20007
(202) 625-3500 / (202) 298-7570 (fax)
joseph.fiorill@kattenlaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 8th day of January 2018, a true and correct copy of the foregoing was served via the Court's electronic filing system on all counsel of record.

/s/ Joseph F. Fiorill
Joseph F. Fiorill